Kennedy be and he hereby is removed from the office of attorney and counselor of the Supreme Court.

RUTH P. DIMMICK v. ELIZABETH M. COOLEY. — Two cases.   Motion to strike cases from the calendar denied, without costs.

IN THE MATTER OF THE FINAL ACCOUNTING OF REUBEN LEFFINGWELL, AS ADMINISTRATOR, ETC., OF JAMES B. LITTLEFIELD, *Deceased.* — Motion to strike cause from preferred calendar granted, and case ordered to take its place on the general calendar.

ELLA A. DANA, *as Administratrix, etc., v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY. — Motion for new trial. New trial denied and judgment ordered for defendant upon the verdict.

JOHN BELDEN, *Respondent, v.* WILLIAM H. SLADE, *Assignee, etc., et al., Appellants.* — Motion for reargument denied.

SARAH RICHARDSON *et al., Appellants, v.* FREDERICK CHESTER, *et al., Respondents.* — Motion to dismiss appeal denied, with ten dollars costs.   *Held,* that the respondents having noticed the appeal for argument, waived their right to move to dismiss.

SAME *v.* SAME.— Order appealed from reversed, with ten dollars costs and disbursements.   *Held,* that the County Court had not power to make the order appealed from under section 3049 of the Code.

HARRISON SPRAGUE, *Respondent, v.* TURNEY W. RICHARDS and ANDREW W. RICHARDS, *Appellants.* — Ordered, that Elisha W. Gardner, who appears to be the assignee and owner of a part of the judgment appealed from in this action, be and he is hereby permitted to appear as a party and respondent therein in his own behalf and bring the appeal to argument on the usual notice, or take such other step in the action, according to the regular practice of the court, as he shall be advised, without costs to either party.

ELIZABETH A. S. READ, *Appellant v.* SUSAN F. DAVIS *et al., Respondents.* — Motion for reargument denied.   HAIGHT, J., not sitting.

HORACE JONES, *Respondent, v.* THE VILLAGE OF CHARLOTTE, *Appellant.* — Motion for reargument or for leave to appeal to the Court of Appeals denied.

RILEY KNAPP *v.* JEREMIAH FOWLER. — Motion to modify the order of the April term of this court denied, without costs.

JOSEPH ISEMAN *v.* JEREMIAH MYER *et al.* — Motion granted in all respects.

JACOB L. HAAS *et al., Respondents, v.* EDWIN ROAT, *Impleaded, etc., Appellant.* — Motion for reargument or for leave to appeal to the Court of Appeals denied.   HAIGHT, J., not sitting.

VAN BUREN WHEAT *et al. v.* HARVEY RICE, *Impleaded, etc.* — Motion for reargument or for leave to appeal to the Court of Appeals denied.   *Held,* that the points upon which reargument